IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

```
-------------------------------------------------      .
                                                       :
MARK BROADBENT, et al.,                                :
                                                       : CASE NO. 1:07 CV 314
                             Plaintiffs,               :
                                                       :
                                                       :
              -vs-                                     :
                                                       : JUDGMENT ENTRY
                                                       :
   ELLIOT-LEWIS CORPORATION, et al.,                   :
                                                       :
                             Defendants.               :

-------------------------------------------------
```

UNITED STATES DISTRICT JUDGE LESLEY WELLS

        This Court, having contemporaneously entered an order granting defendant

Elliot-Lewis Corporation's motion for partial dismissal, hereby enters judgment against

the plaintiffs and in favor of the defendant only on counts one, three, and four of the

plaintiffs' complaint.

        IT IS SO ORDERED.


                                        _/s/ Lesley Wells_____
                                        UNITED STATES DISTRICT JUDGE


Date:  _11 September 2007__